UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>vs.<br><br>CHARLES JORDAN (1)<br><br>                         Defendant. | Case No. 15CR0173-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment: 18 USC 1341 Mail Fraud; 18 USC 152(1) Bankruptcy Fraud: Concealment of Assets; 18 USC 152(2) Bankruptcy Fraud: False Statement Under Oath; 18 USC 1920 Fraud to Obtain Federal Employee's Compensation; 18 USC 1010 HUD Fraud; 18 USC 2 Aiding and Abetting.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: May 19, 2017

Honorable Janis L. Sammartino
United States District Judge